# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYDS OF LONDON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGRILOGIC INSURANCE SERVICES, LLC., et al., <br><br> Defendants. | Case No. 1:19-cv-00853-DAD-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT <br><br> (ECF No. 10) |

On January 24, 2019, Plaintiffs filed this action in the Tulare County Superior Court, which was removed to the above-entitled court on June 17, 2019. (ECF No. 1.) On July 18, 2019, the parties filed a stipulation requesting an extension until August 5, 2019, for Defendant to file a responsive pleading or a motion to dismiss. (ECF No. 10.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading or motion to dismiss on or before August 5, 2019.

IT IS SO ORDERED.

Dated: **July 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1