# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNDERWRITERS AT LLOYDS OF LONDON; et al., <br><br> Plaintiffs, <br><br> v. <br><br> AGRILOGIC INSURANCE SERVICES, LLC, et al., <br><br> Defendants. | Case No. 1:19-cv-00853-DAD-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br> (ECF No. 12) |

On August 2, 2019, the parties filed a second stipulation to extend the time for Agrilogic Insurances Services, LLC, Diversified Crop Insurance Services, and Aspen American Insurance Company (collectively "Defendants") to respond to the complaint.

Based on the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before August 26, 2019.

IT IS SO ORDERED.

Dated: __August 2, 2019__

UNITED STATES MAGISTRATE JUDGE